UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                          :
:
                            Plaintiff,           :
:      20-CV-6578 (JPC)
          -v-                                                  :
:      NOTICE OF
JOHN DOE, *subscriber assigned IP address*      :      REASSIGNMENT
*108.21.213.188*,                                                :
:
                            Defendant.           :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Plaintiff is hereby ordered to file a status letter no later than November 10, 2020, apprising the court of Plaintiff's efforts in identifying the Defendant.

      SO ORDERED.

Dated: October 15, 2020
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020